AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

KEITH ELLIS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:21-MJ-1158-KS

The court finds the defendant not guilty.

_/s/ Kimberly A. Swank_
Signature of Judge

Kimberly A. Swank     US Magistrate Judge
Name of Judge     Title of Judge

2/22/2022
Date